KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO ELITE, INC., a New Jersey Corporation, REAL SPORT INC., a California Corporation; EXLITEXC.COM, INC., a California Corporation; and ELITEXC LIVE, INC., a California Corporation<br><br>Plaintiffs-Counter defendants,<br><br>vs.<br><br>WALLID ISMAIL, an individual; WALLID ISMAIL PROMOCOE E EVENTOS LTDA EPP,<br><br>Defendants-Counter claimants.<br><br>vs.<br><br>Doug DeLuca, David Marshall, Kurt Brendlinger, Eric Pulier, Gary Shaw, Santa Monica Capital Partners, Pro Elite II and XYZ Defendants,<br><br>Third Party Defendants. | CASE NO. 2:07-CV-02015-GAF-VBK<br><br>Honorable Gary Feess<br><br>**JUDGMENT IN FAVOR OF COUNTER-CLAIMANTS WALLID ISMAIL AND WALLID ISMAIL PROMOCOE E EVENTOS LTDA EPP AND AGAINST PRO ELITE, INC.** |

10105.00006/41721.1

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Defendants/Counter-claimants Wallid Ismail and Wallid Ismail Promocoe E Eventos LTDA EPP shall recover from ProElite, Inc. the total amount of two hundred fifty thousand dollars ($250,000.00).

2. The parties shall bear their own fees and costs..

Dated:  November 20, 2008    _____

              HON. GARY FEESS
              United States District Judge

10105.00006/41721.1   1